FILED

06/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0111

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0111

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

NATHAN LEE STILLSMOKING,

      Defendant and Appellant.

**ORDER**

Upon motion of the Appellant and without objection from the State, the Court hereby directs that the remittitur in this matter shall issue immediately.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 18 2020